ACCEPTED
03-15-00498-CV
7941416
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 9:33:28 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00498-CV

IN THE
THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 9:33:28 AM
JEFFREY D. KYLE
Clerk

LONG CANYON PHASE II HOMEOWNERS ASSOCIATION, INC.,

*Appellants,*

v.

CHRIS CASHION AND LISA CASHION

*Appellees.*

Appealed from the County Court at Law. No. 2 of
Travis County, Texas
Cause No. C-1CV-15-001016

**APPELLEE CHRIS AND LISA CASHION'S THIRD MOTION FOR
EXTENSION OF TIME TO FILE APPELLEE BRIEF**

TO THE HONORABLE COURT:

Appellee Chris and Lisa Cashion, files this Third Motion for Extension of Time to File Appellee's Brief pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b)(1) and would respectfully show unto the Court the following:

1.     The deadline for filing Appellee's Brief is Wednesday, November 24th, 2015.

2. Appellee seeks a 7-day extension of time to file Appellee's Brief. Appellee respectfully requests that the Court extend the deadline for filing Appellee's Brief to December 1, 2015.

3. This is the first Motion for Extension of Time filed for Appellee's Brief with the Court.

4. This extension of time is not requested for mere delay, but to allow Appellee adequate time to prepare Appellee's Brief.

5. Appellee requested a supplement to the Record from the County Clerk of Travis County. As of this date the supplement has not been filed. Appellee must have the supplement to the Record to be able to complete its Appellee's Brief in this Cause.

For these reasons, Appellee respectfully requests that this Court grant a 7-day extension of time to file Appellee's Brief. Appellee also requests any further

relief to which it may be entitled.

Respectfully submitted,

CHAMBERLAIN MCHANEY
301 Congress, 18th Floor (78701)
P.O. Box 684158
Austin, Texas 78768-4158
(512) 474-9124
(512) 474-8582 (Facsimile)
bdavidson@chmc-law.com

By: _____
     William C. Davidson
     SBN 05447000

ATTORNEY FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 23rd, 2015, I conferred with Frank O. Carroll III regarding the merits of this Third Motion for Extension of Time. Mr. Carroll informed me that he was unopposed to the filing of this First Motion for Extension of Time.

_____
William C. Davidson

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document is 408 words, as calculated by the word count feature of Microsoft Word 2013 (Professional Edition).

_____
William C. Davidson

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been sent facsimile and/or regular mail, to all counsel of record, in accordance with the Texas Rules of Civil Procedure on this the 23rd day of November, 2015.

William C. Davidson